THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR 
 RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), 
 SCACR. 
THE STATE OF SOUTH CAROLINA 
In The Supreme Court 
 
 
 
 
Charles Rodney Squires, Petitioner,
v.
South Carolina 
 Law Enforcement Division (SLED), Respondent.
 
 
 

Appeal From Horry County 
J. Michael Baxley, Circuit Court Judge 

Memorandum Opinion No. 2012-MO-015 
Submitted April 20, 2012 - Filed May 9, 
 2012 

ON WRIT OF CERTIORARI TO THE COURT OF
 APPEALS

REVERSED

 
 
 
William Bertram Von Herrmann, of Conway, for Petitioner.
Attorney General Alan Wilson, Chief Deputy Attorney General John
 W. McIntosh, Senior Assistant Attorney General David A. Spencer, Assistant Attorney
 General Geoffrey K. Chambers, Assistant Attorney General Jared Q. Libet, all of
 the Office of the Attorney General, of Columbia, for Respondent.
 
 
 

PER CURIAM: Petitioner seeks a writ of certiorari to 
 review the Court of Appeals' decision in Squires v. South Carolina Law Enforcement Div., Op. No. 2011-UP-218 (S.C. Ct. App. filed 
 May 17, 2011). 
We grant the 
 petition for a writ of certiorari, dispense with further briefing, and reverse 
 the Court of Appeals' determination that petitioner is required to register as 
 a sex offender pursuant to Rule 220(b)(1), SCACR, and the following authority: Edwards 
 v. South Carolina Law Enforcement Div., 395 S.C. 571, 720 S.E.2d 462 (2011) 
 (holding a pardon issued prior to the amendment of S.C. Code Ann. § 23-3-430(F) 
 (Supp. 2011) relieved Edwards of all direct and collateral consequences of the 
 pardoned crime, including placement on the sex offender registry and continuous 
 compliance with its registration requirements); Futch v. McAllister Towing Inc., 335 S.C. 598, 518 S.E.2d 591 (1999) (holding an 
 appellate court need not review remaining issues when its determination of a 
 prior issue is dispositive of the appeal). 
REVERSED 
TOAL, C.J., 
 PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.